United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRIONNA SPIKES, INDIVIDUALLY** § | | |
| **AND AS NEXT FRIEND OF B.S.,** § | **CIVIL ACTION NO. 4:25-cv-02852** | |
| **A MINOR CHILD,** § | | |
| *Plaintiffs,* § | | |
| § | | |
| § | | |
| **v.** § | **JUDGE PETER BRAY** | |
| § | | |
| **BLACHOWSKE TRUCK LINE, INC.** § | | |
| **AND ARCHIE J. MECHE** § | | |
| *Defendants.* § | | |

## ORDER APPOINTING GUARDIAN AD LITEM

On this day came to be considered the Parties' Agreed Motion for Appointment of a Guardian *Ad Litem* for the minor child, B.S., filed on behalf of Plaintiff, Brionna Spikes, individually and a/n/f of B.S., a minor, and is of the opinion that such motion is proper and meritorious.

IT IS THEREFORE ORDERED that the Court hereby appoints attorney Sherra Gilbert (phone: 832-699-3699; email: sgilert@thegilbertlaw.com), to serve as Guardian *Ad Litem* for the minor child, B.S..

IT IS FURTHER ORDERED that Defendants shall pay the Ad Litem's fees and expenses directly to the Ad Litem within thirty (30) days of the signing of a final judgment approving the minor's settlement.

IT IS FURTHER ORDERED that the settlement hearing for minor child, B.S.. is set on the Court's docket for August 20, 2026 at 11:30 a.m. by video.

Signed this the day, 4th Day of June, 2026.

_____
**PETER BRAY**
**UNITED STATES MAGISTRATE JUDGE**

**Page 1**